FILE COPY



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
TERRIE LIVINGSTON

JUSTICES
LEE ANN DAUPHINOT
ANNE GARDNER
SUE WALKER
BILL MEIER
LEE GABRIEL
BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
DEBRA SPISAK

CHIEF STAFF ATTORNEY
LISA M. WEST

GENERAL COUNSEL
CLARISSA HODGES

February 4, 2016

Don Hase
4025 Woodland Park Blvd., Ste. 100
Arlington, TX 76013
* DELIVERED VIA E-MAIL *

Hon. George William Gallagher
Judge, 396th District Court
Tim Curry Criminal Justice Center
401 W. Belknap, 6th floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Criminal District Clerk, Tarrant County
Tim Curry Criminal Justice Center
401 W. Belknap, 3rd Floor
Fort Worth, TX 76196-0402
* DELIVERED VIA E-MAIL *

Hon. David L. Evans
Regional Presiding Judge
Tom Vandergriff Civil Courts Bldg.
100 N. Calhoun St., 2nd Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76196-0201
* DELIVERED VIA E-MAIL *

RE:        Court of Appeals Number:    02-15-00316-CR
                                       02-15-00317-CR
        Trial Court Case Number:    1345037W
                                       1343502D

Style:     Anthony Lewis Hernandez
          v.
          The State of Texas

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause.

Copies of the opinion and judgment are attached and can also be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

Respectfully yours,

DEBRA SPISAK, CLERK

Debra Spisak